# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

August 8, 2007

**SUPERVISION UNIT**
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102

Re: Cobbinah, Judith
Dkt.#: 3:06CR-00250-01
<u>Notice of Non-Compliance/Request for a Written Reprimand and to Extend Term of Home Confinement</u>

Dear Judge Chesler:

On July 21, 2006, the above-named offender was sentenced on a charge of Conspiracy to Commit Credit Card Fraud. She was placed on probation for three years, with special conditions of placement in a community corrections center for five months, payment of a $127,252.37 restitution, no new debt, financial disclosure, five months home confinement, cooperation with the Bureau of Immigration and Customs Enforcement, and DNA testing. A $100 special assessment was also imposed.

This letter is being issued to notify the Court that Cobbinah violated her home confinement curfew on August 4, 2007. The offender has been otherwise compliant. Based on these circumstances, our office is requesting that the Court sign the enclosed petition and allow our office to present a copy of the Court-signed documents as a written reprimand and extend her term of home confinement one day. Any further failure to adhere will be reported to the Court immediately.

If Your Honor has any questions or requires more information, please contact the undersigned officer at 973-645-6241.

Respectfully submitted,

Christopher Maloney, Chief
U.S. Probation Officer

By: Stanley K. Whetstone
Sr. U.S. Probation Officer

skw/
Enclosure

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Cobbinah, Judith                                    Cr.: 06-00704-001

Name of Sentencing Judicial Officer: Stanley R. Chesler

Date of Original Sentence: July 21, 2006

Original Offense: Conspiracy to Commit Credit Card Fraud

Original Sentence: Three years probation, five months placement in a community corrections center, restitution in the amount of $127,252.57, five months home confinement, $100 special assessment, financial disclosure, no new debt, DNA testing, and cooperation with the Bureau of Immigration and Customs Enforcement.

Type of Supervision: Probation                    Date Supervision Commenced: March 14, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 4, 2007, the probation office received an alert from the home confinement monitoring service indicating that Ms. Cobbinah failed to return to her home, despite her curfew ending at 12:00pm. When confronted shortly after the same day the offender admitted the non-compliance, stating she was at the Motor Vehicle Commission, but did not have a cellular phone or access to pay phone. |

U.S. Probation Officer Action:

Our office verbally reprimanded Cobbinah and extended his home confinement term for one day.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 08/07/07

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date