# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

July 6, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanely R. Chesler
U.S. District Court Judge
Martin Luther King Jr., Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

**RE: COBBINAH, Judith**
**DKT#: 06-00250-001**
**REQUEST TO EXTEND PROBATION TERM**

Dear Judge Chesler:

On July 25, 2006, the above-named appeared before Your Honor for sentencing on a charge of Conspiracy to Commit Credit Card Fraud. At that time, the offender was sentenced to three (3) years probation with the following special conditions: Five (5) months home confinement; five (5) months community confinement; financial disclosure; cooperate with ICE; no new debt, DNA testing; and $127,252.57 in restitution at a rate of no less than $50 per month.

The purpose of this letter is to advise the Court that the offender's probation term is due to expire on July 24, 2009. The offender has not made consistent restitution payments, and has only paid a total of $600 towards the obligation.

The offender has agreed to have the probation term extended for an additional one year to become current with her payments. Enclosed is the Probation 12B Petition along with a waiver signed by the offender agreeing to the extension. The offender's new expiration date will be July 24, 2010.

Should Your Honor require further information or wish to discuss this matter, please feel free to contact the undersigned officer at (973) 645-6243.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

BY:
Edward J. Irwin
U.S. Probation Officer

EJI:
Encl.

PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Judith Cobbinah                               Cr.: 06-00250-001
                                                                PACTS Number: 43460

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 07/25/06

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: Three (3) years probation; Home Confinement 5 months; Community Confinement 5 months; financial disclosure; cooperate with ICE; no new debt, DNA testing, and $127,252.57 Restitution

Type of Supervision: Probation                       Date Supervision Commenced: 07/25/06

### PETITIONING THE COURT

[X]   To extend the term of supervision for 1 year, for a total term of 4 years.
[ ]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

### CAUSE

The offender has not made consistent restitution payments as directed by the Court. The offender has agreed to become current with her payments and has promised to double her payments at times due to her newly promised over-time hours at work. The offender's new expiration date will be July 24, 2010.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 07/06/09

THE COURT ORDERS:

[X] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To extend the term of supervision for one (1) year, for a total term of four (4) years.

Witness: _____       Signed: _____
U.S. Probation Officer                 Probationer or Supervised Releasee
Edward J. Irwin                        Juddith Cobbinah

7-8-09
DATE